UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

    Plaintiff,

v.                                  Case No. 3:15cv567/MCR/EMT

PENSACOLA POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 28, 2016. ECF No. 8. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's federal claims are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3.  Plaintiff's state law claims are **DISMISSED without prejudice**; and;

4.  The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 29th day of February, 2016.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**